IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MICHAEL R. NEWBERRY**
ADC #163805                                                                                           **PETITIONER**

v.                              **CASE NO. 2:20-CV-00143-BSM**

**ARKANSAS, STATE OF,** *et al.*                                              **RESPONDENTS**

**ORDER**

After careful review of the record, United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 5] is adopted. Newberry's petition [Doc. No. 2] is dismissed without prejudice, for lack of jurisdiction. The motion for leave to proceed *in forma pauperis* [Doc. No. 1] is denied as moot.

IT IS SO ORDERED this 9th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE