# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MICHAEL R. NEWBERRY**
ADC #163805                                                                                    **PETITIONER**

v.                              **CASE NO. 2:20-CV-00143-BSM**

**ARKANSAS, STATE OF,** *et al.*                                                    **RESPONDENTS**

## JUDGMENT

Consistent with the order entered on this date, this case is dismissed without prejudice.

IT IS SO ORDERED this 9th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE